IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARRON VAN BETHEL, #181092, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:03cv172-A |
| | ) |
| CHERYL PRICE, et al., | ) |
| | ) |
| Respondents. | ) |

**<u>ORDER</u>**

Upon an independent evaluation and *de novo* review of this matter, including the Recommendation of the Magistrate Judge (Doc. #21) entered on May 16, 2005, and Petitioner's Objection (Doc. #22), filed on May 25, 2005, the court finds the objection to be without merit, and it is hereby overruled. The court adopts the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that the petition for habeas corpus relief is DENIED, as Bethel failed to file the petition within the one-year period of limitations set forth in 28 U.S.C. § 2244(d)(1). Final Judgment will be entered accordingly.

DONE this 8th day of July, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE